IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDGAR UNION SR.,

        Plaintiff,

    vs.

UNITED STATE, AMBER GRIMES, tecumseh state prison; LORI TEJRAL, Tecumseh state prison; DAVID ARMSTRONG, Tecumseh state prison; and COLLION, Tecumseh state prison;

        Defendants.

**4:26CV3127**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for extension of time, Filing No. 13, and a letter addressed to the Clerk of the Court, Filing No. 14, which the Court construes as Plaintiff's response to the Court's show cause order entered June 2, 2026. The Court will grant Plaintiff's motion.

The Court granted Plaintiff leave to proceed in forma pauperis on April 17, 2026, and directed Plaintiff to pay an initial partial filing fee of $25.40 within 30 days. Filing No. 10. On June 2, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed for his failure to pay the initial partial filing fee. Filing No. 12. On June 15, 2026, Plaintiff filed his motion and response. Plaintiff seeks an additional 30 days to pay his initial partial filing fee because he did not receive the Court's April 17, 2026, order initially directing him to pay his initial partial filing fee as he has been in the hospital and has been transferred between institutions. Filing No. 13; Filing No. 14. For good cause shown,

IT IS ORDERED that:

1.      Plaintiff's motion for extension of time, Filing No. 13, is granted. Plaintiff shall have until **July 22, 2026**, to pay his initial partial filing fee.

2.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 22, 2026**: deadline to pay initial partial filing fee.

Dated this 22nd day of June, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2